1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DERWIN BUTLER,                          1:12-cv-00909-MJS (PC)

12           Plaintiff,                      ORDER TO SUBMIT APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
13       v.                                  OR PAY FILING FEE WITHIN 45 DAYS

14   FRESNO JUDGE,

15           Defendant.
     _____/
16

17          Plaintiff Derwin Butler ("Plaintiff") is a state prisoner proceeding pro se in a civil rights

18   action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted

19   an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20          Accordingly, IT IS HEREBY ORDERED that:

21          Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative,

23   pay the $350.00 filing fee for this action.  **No requests for extension will be granted without**

24   **a showing of good cause**.  Within sixty (60) days of the date of service of this order, Plaintiff

25   shall submit a certified copy of his/her prison trust statement for the six month period

26   immediately preceding the filing of the Complaint.

27   /////

28   /////

-1-

1    **Failure to comply with this order will result in dismissal of this action.**

2

3

4    IT IS SO ORDERED.

5    Dated:   ___June 11, 2012___          ___/s/ *Michael J. Seng*___

6                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28